UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:06-CR-239 (GHL)

ANA CARRASCO

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to the Information as amended on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while her ability to do so was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** June 21, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00, payable in installments of $50.00 each month beginning October 13, 2006, and ending on August 13, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. **It is further ordered that** this conviction shall be reported to the New York State Department of Motor Vehicles.

**IT IS FURTHER ORDERED** that **Count(s)  1, 2 and 3**  are dismissed on motion of the United States.

        September 13, 2006     
Date of Imposition of Sentence

        September 19, 2006     
DATE SIGNED

*[signature]*
George H. Lowe
United States Magistrate Judge